# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Grady, Liam | USDC- EDVA | 06/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active United States District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

401 Courthouse Square
Alexandria, Virginia 22314

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Pauline Newman Inns of Court, June 2013 to June 2014 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 06/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Money Market | A | Interest | K | T | | | | | |
| 2. Suntrust IRA | A | Interest | J | T | | | | | |
| 3. Wachovia IRA | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. Brokerage Account #1 (Nos. 6 through 74) | | | | | | | | | |
| 6. - Amphenol Corp. | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 7. - Aflac Inc Stock | A | Dividend | J | T | Sold (part) | 12/19/12 | J | B | |
| 8. - Abbott Labs Stock | A | Dividend | J | T | Sold (part) | 09/21/12 | J | B | |
| 9. - Bard CR | A | Dividend | J | T | | | | | |
| 10. - Baxter International | A | Dividend | J | T | | | | | |
| 11. - ADP, Inc. | A | Dividend | J | T | | | | | |
| 12. - AT&T | A | Dividend | J | T | | | | | |
| 13. - Baker Hughes, Inc. | A | Dividend | | | Sold | 06/13/12 | J | A | |
| 14. - American Express | A | Dividend | J | T | Sold (part) | 09/21/12 | J | A | |
| 15. - Colgate Stock | A | Dividend | J | T | | | | | |
| 16. - Dover Corp Stock | A | Dividend | J | T | | | | | |
| 17. - Raymond James & Associates Checking Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Exxon Mobil Stock | A | Dividend | J | T | Sold (part) | 09/21/12 | J | B | |
| 19. - Nextra Energey Inc. | A | Dividend | J | T | Sold (part) | 06/13/12 | J | A | |
| 20. - Anadarko Petroleum | A | Dividend | J | T | Buy | 12/19/12 | J | | |
| 21. - Cognizant Technology | | None | J | T | | | | | |
| 22. - FedEx Corp Stock | A | Dividend | | | Sold | 09/21/12 | J | C | |
| 23. - Dominion Resources, Inc. | A | Dividend | J | T | | | | | |
| 24. - General Dynamics Stock | A | Dividend | J | T | | | | | |
| 25. - General MLS Inc. | A | Dividend | J | T | | | | | |
| 26. - Intel Corp Stock | A | Dividend | | | Sold | 12/19/12 | J | A | |
| 27. - IBM Stock | A | Dividend | J | T | | | | | |
| 28. - Beaton Dickinson Corp. | A | Dividend | J | T | Buy | 03/15/12 | J | | |
| 29. - Johnson & Johnson Stock | A | Dividend | J | T | | | | | |
| 30. - Chevron Corporation | A | Dividend | J | T | Sold (part) | 03/15/12 | J | A | |
| 31. - Dollar Tree | | None | J | T | Buy | 03/15/12 | J | | |
| 32. - WW Grainger Stock | A | Dividend | J | T | Sold (part) | 03/15/12 | J | B | |
| 33. - Nike, Inc., Class B | A | Dividend | J | T | Sold (part) | 03/15/12 | J | A | |
| 34. - McCormick & Company | A | Dividend | J | T | Sold (part) | 12/19/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Allergan, Incorporated | A | Dividend | J | T | | | | | |
| 36. - Medtronic Inc. Stock | A | Dividend | | | Sold | 06/13/12 | J | B | |
| 37. - Illinois Tool Works Stock | A | Dividend | J | T | Sold (part) | 12/19/12 | J | A | |
| 38. - Amazon.com | | None | J | T | Sold (part) | 06/13/12 | J | B | |
| 39. - Sigma Aldrich Corporation | A | Dividend | J | T | | | | | |
| 40. - EMC Corp. | | None | J | T | Buy | 06/13/12 | J | | |
| 41. - Pepsico Stock | A | Dividend | J | T | | | | | |
| 42. - Ecolab, Inc. | A | Dividend | J | T | Buy | 12/19/12 | J | | |
| 43. - Schlumberger Stock | A | Dividend | J | T | | | | | |
| 44. - Stryker Stock | A | Dividend | J | T | | | | | |
| 45. - Royal Dutch Shell | A | Dividend | J | T | | | | | |
| 46. - Sysco Stock | A | Dividend | J | T | | | | | |
| 47. - Wal-Mart Stock | A | Dividend | J | T | Sold (part) | 06/13/12 | J | A | |
| 48. - Amerisourcebergen | A | Dividend | J | T | | | | | |
| 49. - Ball Corporation | A | Dividend | J | T | Sold (part) | 12/19/12 | J | A | |
| 50. - Danaher Corp. Stock | A | Dividend | J | T | | | | | |
| 51. - Concoco Phillips | A | Dividend | J | T | Sold (part) | 06/13/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Cisco Systems Stock | A | Dividend | J | T | | | | | |
| 53. - ITT Corporation Stock | A | Dividend | | | Sold | 03/15/12 | J | A | |
| 54. - United Technologies Stock | A | Dividend | J | T | | | | | |
| 55. - Costco Wholesale Stock | A | Dividend | J | T | Sold (part) | 09/21/12 | J | B | |
| 56. - Amgen Stock | A | Dividend | J | T | Sold (part) | 09/21/12 | J | A | |
| 57. - Express Scripts, Inc. | | None | J | T | Sold (part) | 09/21/12 | J | A | |
| 58. - Microsoft Stock | A | Dividend | J | T | | | | | |
| 59. - Oracle Corp. | A | Dividend | J | T | | | | | |
| 60. - Proctor & Gamble Stock | A | Dividend | J | T | | | | | |
| 61. - Church & Dwight | A | Dividend | J | T | | | | | |
| 62. - Clorox Company | A | Dividend | J | T | | | | | |
| 63. - Walgreen Stock | A | Dividend | J | T | | | | | |
| 64. - Bank of America | A | Dividend | | | Sold | 03/05/12 | J | A | |
| 65. - Emerson Electric Stock | A | Dividend | J | T | | | | | |
| 66. - Fastenal Company | A | Dividend | J | T | Buy | 03/15/12 | J | | |
| 67. - 3M | A | Dividend | J | T | | | | | |
| 68. - Google, Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - JP Morgan Chase Stock | A | Dividend | J | T | | | | | |
| 70. - Stericycle, Inc. | | None | J | T | | | | | |
| 71. - Target Corporation Stock | A | Dividend | J | T | Sold (part) | 09/21/12 | J | A | |
| 72. - Praxair, Incorporated | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 73. - Verizon, Inc. | A | Dividend | J | T | | | | | |
| 74. - Sanofi Contgnt Val | | None | | | Sold | 03/15/12 | J | A | |
| 75. - Roper Industries | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 76. - Thermo Fisher Dynamic | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 77. Jefferson Pilot Ins. Policy | A | Interest | J | W | | | | | |
| 78. Dreyfus Prem Worldwide Stock | A | Dividend | J | T | | | | | |
| 79. - Trust No. 1 (items 80-150) | E | Int./Div. | N | T | | | | | |
| 80. - Mainstay Funds, Lg. Cap Growth | | | | | Buy | 11/21/12 | J | | |
| 81. | | | | | Sold (part) | 02/22/12 | J | A | |
| 82. | | | | | Sold (part) | 05/15/12 | J | A | |
| 83. - | | | | | Sold (part) | 08/21/12 | J | A | |
| 84. | | | | | | | | | |
| 85. - High Mark Geneva Mid Cap Growth | | | | | Buy | 08/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 11/21/12 | J | | |
| 87. | | | | | Buy | 12/17/12 | J | | |
| 88. | | | | | Sold (part) | 02/22/12 | J | A | |
| 89. | | | | | Sold (part) | 05/15/12 | J | A | |
| 90. - Fidelity Advisor Int Muni | | | | | Buy | 02/22/12 | J | | |
| 91. | | | | | Buy | 05/15/12 | J | | |
| 92. | | | | | Buy | 08/21/12 | J | | |
| 93. | | | | | Buy | 12/24/12 | J | | |
| 94. | | | | | Sold (part) | 11/21/12 | J | A | |
| 95. - Artisans Fds Inc. Small Cap Value Fund | | | | | Sold (part) | 02/22/12 | J | A | |
| 96. | | | | | Sold (part) | 05/15/12 | J | A | |
| 97. | | | | | Sold | 11/21/12 | J | A | |
| 98. | | | | | Buy | 08/21/12 | J | | |
| 99. - Artisan Fds Inc. Mid-Cap Value fund | | | | | Sold (part) | 02/22/12 | J | A | |
| 100. | | | | | Sold (part) | 05/15/12 | J | A | |
| 101. | | | | | Sold | 11/21/12 | J | B | |
| 102. | | | | | Buy | 08/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Buffalo Small Cap Fund | | | | | Sold (part) | 02/22/12 | J | A | |
| 104. | | | | | Sold (part) | 05/15/12 | J | A | |
| 105. | | | | | Buy (add'l) | 08/21/12 | J | | |
| 106. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 107. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 108. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 109.  - Dodge & Cox #145 | | | | | Sold (part) | 02/22/12 | J | A | |
| 110. | | | | | Sold (part) | 05/15/12 | J | A | |
| 111. | | | | | Sold (part) | 08/21/12 | J | A | |
| 112. | | | | | Buy | 11/21/12 | J | | |
| 113.  - American Europacific Grth - F2 | | | | | Sold (part) | 02/22/12 | J | A | |
| 114. | | | | | Sold (part) | 05/15/12 | J | A | |
| 115. | | | | | Sold | 08/21/12 | K | B | |
| 116.  - Principal L/G Growth Fund - IS | | | | | Sold (part) | 02/22/12 | J | A | |
| 117. | | | | | Sold (part) | 05/15/12 | J | A | |
| 118. | | | | | Sold (part) | 08/21/12 | J | A | |
| 119. | | | | | Sold | 11/21/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.   - Thornburg Int'l. Value Fund | | | | | Sold (part) | 02/22/12 | J | A | |
| 121. | | | | | Sold (part) | 05/15/12 | J | A | |
| 122. | | | | | Sold | 08/21/12 | K | C | |
| 123. | | | | | | | | | |
| 124.   - Thornburg Ltd Term Muni Fund | | | | | Buy | 02/22/12 | J | | |
| 125. | | | | | Buy (add'l) | 05/15/12 | J | | |
| 126. | | | | | Buy (add'l) | 08/21/12 | J | | |
| 127. | | | | | Sold (part) | 11/21/12 | J | A | |
| 128.   - Pioneer Cullen Value Fund Class Y | | | | | Sold (part) | 02/22/12 | J | A | |
| 129. | | | | | Sold | 05/15/12 | K | C | |
| 130.   - Inivesco Diversified Dividend Fd. | | | | | Buy | 05/15/12 | K | | |
| 131. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 132. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 133. | | | | | Sold (part) | 08/21/12 | J | A | |
| 134. | | | | | Sold (part) | 11/21/12 | J | A | |
| 135.   - Invesco Int'l.. Growth Fd. | | | | | Buy | 08/21/12 | J | | |
| 136.   - American Century Small Cap Value Inst. | | | | | Buy | 11/21/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/10/12 | J | | |
| 138. | | | | | Buy (add'l) | 12/10/12 | J | | |
| 139. - JP Morgan Mid-Cap Value Fd. | | | | | Buy | 11/21/12 | J | | |
| 140. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 141. - JP Morgan Large Cap Growth SL Fd. | | | | | Buy | 11/21/12 | K | | |
| 142. - MFS Resh Int'l. Fd. | | | | | Buy | 08/21/12 | J | | |
| 143. | | | | | Sold (part) | 11/21/12 | J | A | |
| 144. - Virtus Emerging Markets Opportunity | | | | | Buy | 08/21/12 | J | | |
| 145. | | | | | Buy (add'l) | 12/24/12 | J | | |
| 146. | | | | | Sold (part) | 11/21/12 | J | A | |
| 147. | | | | | | | | | |
| 148. - Regions Trust MMA | | | | | | | | | |
| 149. - Life Insurance Dixie National | | | | | | | | | |
| 150. - Life Insurance Liberty National | | | | | | | | | |
| 151. Wells Fargo Cking/ Money Market (formerly Wachovia Bank | A | Interest | J | T | | | | | |
| 152. United Security Bancshares | | None | K | T | | | | | |
| 153. Wachovia Securities 529 Plan - cash | A | Interest | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Wachovia Securities 529 Plan - cash | A | Interest | K | T | | | | | |
| 155. IRA - PNC Financial Services | A | Interest | J | T | | | | | |
| 156. Undivided Int. Timberland Choctaw County, AL | G | Rent | P1 | W | | | | | |
| 157. Undivided Int Timberland Wayne County, MS | C | Rent | O | W | | | | | |
| 158. Undivided Mineral Interest Choctaw County, AL | F | Royalty | L | W | | | | | |
| 159. Undivided Mineral Interest Clark & Wayne County, MS | D | Royalty | L | W | | | | | |
| 160. Undivided Mineral interest Mobile County, AL | A | Royalty | J | W | | | | | |
| 161. IRA - Merrill Lynch (163-177) | D | Int./Div. | M | T | | | | | |
| 162. - Cohen & Steers Realty | | | | | | | | | |
| 163. - Fidelity Advisor New | | | | | | | | | |
| 164. - Invesco Diversified | | | | | Sold | 02/23/12 | K | | |
| 165. - JP Morgan Strategic | | | | | | | | | |
| 166. - Lord Abbett Convertible | | | | | | | | | |
| 167. - Lord Abbett Value | | | | | | | | | |
| 168. - Metropolitan West Total | | | | | | | | | |
| 169. - MFS Utilities Fd | | | | | | | | | |
| 170. - Nuveen Mtg Opportunity | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.   - Oppenheimer Developing | | | | | | | | | |
| 172.   - Prudential Jennison | | | | | Sold | 09/27/12 | K | | |
| 173.   - Ridgeworth Seix Floating | | | | | Sold | 02/23/12 | K | | |
| 174.   - Royce Total Return Fund | | | | | | | | | |
| 175.   - Templeton GLBL Bond Fund | | | | | Sold | 02/23/12 | K | | |
| 176.   - Thornburg International | | | | | | | | | |
| 177.   - Doubleline Total Return Fund | | | | | Buy | 02/27/12 | K | | |
| 178.   - Pimco Foreign Bond Fund | | | | | Buy | 02/27/12 | K | | |
| 179.   - Pimco All Asset All | | | | | Buy | 02/27/12 | K | | |
| 180.   - Yacktman Fund CL Service | | | | | Buy | 02/27/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 06/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Liam O'Grady**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544